IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00003-GPG

MELLISA UMPHENOUR, an individual, on her own behalf and on behalf of LH, her minor child,

    Plaintiffs,

v.

LUEVANO INVESTMENTS, LLC,

    Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

    Plaintiff and Defendant, by their respective attorneys, stipulate to the dismissal of this action with prejudice, each party to bear her or its own costs and fees.

*/s/ Barry K. Arrington*

Barry Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
Telephone: (303) 205–7870
Facsimile: (303) 463–0410
barry@arringtonpc.com

*/s/ James R. Carr*

James R. Carr,
ADA Justice Advocates
4800 Baseline Road, Suite E104-289
Boulder, Colorado 80303
Telephone: (303) 963-9840
jcarr@adajustice.com